**GABLES BY THE SEA, INC., Plaintiff-Appellant,**

v.

**Emmett C. LEE, Jr., Colonel, et al., Defendants-Appellees.**

No. 74-1028

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

July 9, 1974.

Rehearing Denied Aug. 2, 1974.

Allan M. Glaser, Marion E. Sibley, Miami Beach, Fla., for plaintiff-appellant.

Robert W. Rust, U. S. Atty., Robert Reynolds, Asst. U. S. Atty., Miami, Fla., for defendants-appellees.

Parker D. Thomson, Sanford L. Bohrer, Miami, Fla., for Audubon Societies.

Wallace H. Johnson, Carl Strass, Edward J. Shawaker, Attys., James R. Walpole, U. S. Dept. of Justice, Washington, D. C., for intervenor.

Before GEWIN, GODBOLD and CLARK, Circuit Judges.

PER CURIAM:

In this case, Gables by the Sea, Inc., seeks reversal of the district court's order granting summary judgment to the appellees. After giving full consideration to the briefs, trial record, and the district court opinion, 365 F.Supp. 826, we discern no valid basis for reversal under the facts disclosed by the record in this case. Moreover, our recent opinion in Di Vosta Rentals, Inc. v. Lee, 488 F.2d 674 (5th Cir. 1973), demonstrates to us that appellant's contentions are without merit. Accordingly, the judgment of the district court is affirmed.

---

* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

**Nathan Elmont ELI, Petitioner-Appellant,**

v.

**Louis S. NELSON, Warden, California State Prison at San Quentin, Respondent-Appellee.**

No. 73-2346.

United States Court of Appeals, Ninth Circuit.

July 9, 1974.

Paul N. Halvonik (argued), San Francisco, Cal., for petitioner-appellant.

Karl S. Mayer, Deputy Atty. Gen., San Francisco, Cal., for respondent-appellee.

Before CHAMBERS and WRIGHT, Circuit Judges, and McGOVERN,* District Judge.

ORDER AFFIRMING

The district court order denying habeas corpus relief on a state judgment is affirmed. See Eli v. Nelson, 360 F. Supp. 225 (N.D.Cal.1973).

The district court examined the state court record and was satisfied that questions concerning Eli's confession were adequately explored by the state court.

We conclude that the federal district court ruling that no evidentiary hearing was necessary was within its discretion.

The case is pre Miranda v. Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966), but post Escobedo v. Illinois, 378 U.S. 478, 84 S.Ct. 1758, 12 L.Ed.2d 977 (1964). The district court found on the record that there was no violation of Escobedo. The finding was justified.

---

* The Honorable Walter T. McGovern, United States District Judge for the Western District of Washington, sitting by designation.